```
JASON A. GELLER (SBN 168149)
E-Mail: jgeller@fisherphillips.com
VINCENT J. ADAMS (SBN 249696)
E-Mail: vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
```

Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOOZH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEADING HEALTH INC., a Delaware corporation; SIMON TANKEL, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 3:23-CV-04655 (CRB)<br><br>**JASON A. GELLER AND VINCENT J. ADAMS OF FISHER & PHILLIPS LLP'S NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS HEADING HEALTH INC. AND SIMON TANKEL**<br><br>Date:　　January 17, 2025<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 6 – 17th Floor<br>Before:　Senior District Judge Charles R. Breyer |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.**

　　**PLEASE TAKE NOTICE** that on January 17, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the United States District Court located on the 17th Floor at 450 Golden Gate Avenue, San Francisco, California 94102. Jason A. Geller and Vincent J. Adams of Fisher & Phillips LLP ("Counsel") will and hereby seek leave of this court to withdraw and be relieved as counsel for Defendants Heading Health Inc. and Simon Tankel ("Defendants").

　　This motion is made pursuant to Civil Local Rule 11-5 and Rule 1.16(b) of the California Rules of Professional Conduct, for an order relieving Counsel as Counsel for Defendants on the grounds that

Defendants have engaged in conduct that renders it unreasonably difficult for Counsel to carry out their representation effectively. Accordingly, there has been a material breakdown in the attorney-client relationship, which has deteriorated to the extent that the breakdown has made it unreasonably difficult for Counsel to carry out its representation of Defendants in an effective manner.

This motion is based upon this Notice of Motion and Motion, the Supporting Memorandum Points and Authorities, the Declaration of Vincent J. Adams as well as the pleadings, records, and files herein, and upon such further written or oral evidence as may be presented at the hearing of said motion.

Dated:  November 20, 2024    Respectfully submitted,

FISHER & PHILLIPS LLP

By:   */s/ Vincent J. Adams*
JASON A. GELLER
VINCENT J. ADAMS
Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 11-5 and Rule 1.16(b) of the California Rules of Professional Conduct, Jason A. Geller and Vincent J. Adams of Fisher & Phillips LLP ("Counsel") hereby submit the following Memorandum of Points and Authorities in support of its instant Motion to Withdraw as Counsel of Record for Defendants Heading Health Inc. and Simon Tankel ("Defendants").

### I.     INTRODUCTION AND FACTUAL BACKGROUND

Plaintiff Richard Goozh ("Plaintiff") filed his Complaint for Damages in the United States District Court for the Northern District of California. *See* Declaration of Vincent J. Adams, ¶ 2 (hereinafter Adams Decl.). Defendants retained Counsel to provide them a defense against Plaintiff's claims. Defendants filed their Answer on February 12, 2024. *See* Adams Decl. ¶ 2.

As the case progressed, Defendants have engaged in conduct that renders it unreasonably difficult for Counsel to carry out their representation effectively. *See* Adams Decl. ¶ 3. Counsel has given Defendants reasonable warning that their conduct led to a material breakdown in its representation and that Counsel will withdraw unless the client performs their obligations. *See* Adams Decl. ¶ 4. As a result, it has become unreasonably difficult for Counsel to carry out the representation effectively. *See* Adams Decl. ¶ 5. For this reason, Counsel respectfully requests that this Court grants the instant motion. *Id.*

#### A.     LEGAL STANDARD

Withdrawal from representation in this action is governed by the California Rules of Professional Conduct. *See Nehad v. Mukasey*, 535 F.3d 962, 970 (9th Cir. 2008); *j2 Global Communs., Inc. v. Blue Jay, Inc.*, 2009 U.S. Dist. LEXIS 19027 (N.D. Cal. Feb. 24, 2009), citing *Elan Transdermal Limited v. Cygnus Therapeutic Systems*, 809 F.Supp. 1383, 1387 (N.D. Cal. 1992); *see also* L.R. 11-5(a). The Rules of Professional Conduct state "if permission for termination of employment is required by the rules of a tribunal, a member shall not withdraw from employment in a proceeding before that tribunal without its permission." California Rules of Professional Conduct 1.16. Since the Northern District of California requires permission for withdrawal (Civil Local Rule 11-5), leave of court is required.

///

California Rules of Professional Conduct 1.16(b)(4)-(5) state that a lawyer may withdraw from representing the client if: (4) the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively; (5) the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation.

Recently, Defendants conduct has led to a material breakdown in the attorney-client relationship between Defendants and Counsel which renders it unreasonably difficult for Counsel to carry out the representation effectively. *See* Adams Decl. ¶¶ 3, 5. Counsel has given Defendants reasonable warning that their conduct led to a material breakdown in their representation and that Counsel will withdraw unless the client performs their obligations. *See* Adams Decl. ¶ 4.

In the event that this Court grants this instant motion, Defendants will suffer no prejudice as they have ample opportunity to seek new counsel given that the trial date for this matter has not been scheduled.

## II.   CONCLUSION

For the reasons stated above, Counsel respectfully requests that the Court grant this instant motion and permit Counsel to withdraw as Counsel for Defendants Heading Health Inc. and Simon Tankel.

Dated:  November 20, 2024            Respectfully submitted,

FISHER & PHILLIPS LLP

By:   */s/ Vincent J. Adams*
JASON A. GELLER
VINCENT J. ADAMS
Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL