JASON A. GELLER (SBN 168149)
E-Mail: jgeller@fisherphillips.com
VINCENT J. ADAMS (SBN 249696)
E-Mail:  vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOOZH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEADING HEALTH INC., a Delaware corporation; SIMON TANKEL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  3:23-CV-04655 (CRB)<br><br>**DECLARATION OF VINCENT J. ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS HEADING HEALTH INC. AND SIMON TANKEL**<br><br>Date:     January 17, 2025<br>Time:     10:00 a.m.<br>Place:    Courtroom 6 – 17th Floor<br>Before:   Senior District Judge Charles R. Breyer |

**DECLARATION OF VINCENT J. ADAMS**

I, VINCENT J. ADAMS, declare as follows:

1. I am Of Counsel with the law firm of Fisher & Phillips LLP, attorneys of record for Defendants HEADING HEALTH INC. and SIMON TANKEL ("Defendants") in this action. I am duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify thereto.

2. Plaintiff Richard Goozh filed his Complaint for Damages in the United States District Court for the Northern District of California on September 11, 2023. ECF 1. Defendants retained Counsel to provide them a defense against Plaintiff's claims. Defendants filed their Answer on February 12, 2024. ECF 16.

3. As the case progressed, Defendants have engaged in conduct that renders it unreasonably difficult for Counsel to carry out their representation effectively.

4. I have given Defendants reasonable warning that their conduct led to a material breakdown in its representation and that Fisher & Phillips LLP will withdraw unless the client performs their obligations.

5. It has become unreasonably difficult to carry out the representation of Defendants effectively. For this reason, Fisher & Phillips LLP respectfully requests that this Court grants the instant motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 20, 2024 at San Francisco, California.

/s/ Vincent J. Adams
VINCENT J. ADAMS