JOSE MACIAS, JR., Bar No. 265033
jose@mra-llp.com
HECTOR J. RODRIGUEZ, Bar No. 305446
hector@mra-llp.com
TRAVIS M. ADAMS, Bar No. 303447
travis@mra-llp.com
**MACIAS RODRIGUEZ ADAMS LLP**
1550 The Alameda, Suite 332
San Jose, CA 95126
Telephone: 408.455.1243

Attorneys for Plaintiff
RICHARD GOOZH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOOZH, an individual;<br><br>Plaintiff,<br><br>v.<br><br>HEADING HEALTH INC., a Delaware Corporation; SIMON TANKEL, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04655-CRB<br><br>**PLAINTIFF RICHARD GOOZH'S NOTICE OF DISCOVERY DISPUTES AND REQUEST FOR REFERRAL OF DISCOVERY DISPUTES TO A MAGISTRATE JUDGE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint filed: September 11, 2023<br>Trial Date: Not Yet Assigned |



**TO ALL PARTIES AND TO THE COURT:**

Pursuant to Judge Charles R. Breyer's General Standing Order For Civil and Criminal Cases, Section II. – 1., please take notice of discovery disputes between Plaintiff Richard Goozh ("Plaintiff") and Defendants Heading Health Inc. and Simon Tankel, as well as Plaintiff's request for referral of discovery disputes to a Magistrate Judge. This notice and request come after Defendants' failure to provide any substantive responses to Plaintiff's requests for production of documents, special interrogatories, and requests for admission, followed by a failed attempt to meet and confer regarding Defendants' objections.

On October 15, 2024, Plaintiff propounded the following discovery requests on Defendant Heading Health Inc.: Request for Production of Documents, Set One, Interrogatories, Set One, and Requests for Admission, Set One. On the same day, Plaintiff propounded the following discovery requests on Defendant Simon Tankel: Request for Production of Documents, Set One, Interrogatories, Set One, and Requests for Admission, Set One. On November 14, 2024, Defendants provided Plaintiff a litany of boilerplate objections, blatantly abusing and evading the discovery process.

In response to Defendants' failure to provide substantive responses, Plaintiff's counsel immediately contacted Defendants' counsel on November 15, 2024, to schedule time to meet and confer to address Defendants' objections. On November 19, 2024, Plaintiff's counsel sent Defendants' counsel a meet and confer letter regarding Defendants' Discovery Objections and again requested time to meet and confer. On



November 20, 2024, Defendants' counsel filed a Motion to Withdraw as Counsel for Defendants. Plaintiff's counsel again contacted Defendants' counsel on November 21, 2024, to seek a response to their request to meet and confer to address Defendants' objections and prevent any further delay. Defendants' counsel responded that same day and both parties agreed to meet and confer on November 22, 2024.

During the brief meet and confer on November 22, 2024, Defendants' counsel expressed that they would not be able to provide substantive responses to any of Plaintiff's discovery requests because Defendants had engaged in conduct that rendered it unreasonably difficult for Defendants' counsel to carry out their representation and comply with their discovery obligations. As such, Plaintiff's counsel has exhausted meet and confer efforts and respectfully requests referral of these discovery disputes to a Magistrate Judge to be able to address Defendants' refusal to participate in the discovery process and failure to provide substantive responses to Plaintiff's discovery requests.

Dated: December 4, 2024

JOSE MACIAS, JR.
HECTOR RODRIGUEZ
TRAVIS M. ADAMS

**MACIAS RODRIGUEZ ADAMS LLP**

Attorneys for Plaintiff
RICHARD GOOZH

