JOSE MACIAS, JR., Bar No. 265033
jose@macias.law
IVAN MUÑOZ, Bar No. 333096
ivan@macias.law
**MACIAS LAW LLP**
1042 W. Hedding St., Ste. 1
San Jose, CA 95126
Telephone: (669) 356-3896
Facsimile: (669) 500-7342

Attorneys for Plaintiff
RICHARD GOOZH

DONALD P. SULLIVAN, Bar No. 191080
Donald.Sullivan@jacksonlewis.com
ARIEL P. KAHN, Bar No. 351364
Ariel.Kahn@jacksonlewis.com
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400

Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOOZH, an individual; | Case No. 3:23-cv-04655-CRB |
| Plaintiff, | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING MODIFIED CASE MANAGEMENT AND SCHEDULING ORDER** |
| v. | |
| HEADING HEALTH INC., a Delaware Corporation; SIMON TANKEL, an individual; and DOES 1-10, inclusive, | Judge: Hon. Charles R. Breyer |
| Defendants. | Complaint Filed:  September 11, 2023<br>Trial Date:  No Date Yet Set |

1.

Plaintiff RICHARD GOOZH ("Plaintiff") and Defendants HEADING HEALTH, INC. and SIMON TANKEL ("Defendants") (collectively, the "Parties"), jointly submit this stipulation and proposed order requesting modification of the case management and scheduling order to permit additional discovery. Specifically, the Parties seek to extend various deadlines set forth by this Court given Defendant Simon Tankel's and/or a Person Most Knowledgeable ability to appear at the noticed deposition due to unexpected illness, Defendants' counsel's upcoming and pre-planned international travel, Plaintiff's intention to depose additional witnesses potentially identified during Mr. Tankel's forthcoming deposition, and Defendants' intention to depose Plaintiff, before the close of fact discovery on April 27, 2026.

## JOINT STIPULATION

WHEREAS, on September 30, 2025, Plaintiff first noticed the depositions of: (1) Defendant Heading Health Inc.'s Person Most Knowledgeable pursuant to Federal Rule of Civil Procedure 30(b)(6)—regarding certain topics as identified in the deposition notice—and (2) Defendant Simon Tankel;

WHEREAS, those depositions could not proceed as noticed because Defendants needed additional time to provide amended discovery responses to discovery Plaintiff had previously propounded, and a corresponding document production—information and documents necessary for these depositions;

WHEREAS, on January 15, 2026, Plaintiff served amended deposition notices for the depositions of: (1) Defendant Heading Health Inc.'s Person Most Knowledgeable, and (2) Defendant Simon Tankel, setting them for February 11 and 12, respectively;

WHEREAS, on January 26, 2026, Plaintiff reserved amended deposition notices for the depositions of Defendant Heading Health Inc.'s Person Most Knowledgeable and Defendant Simon Tankel, based on Defense counsel's unavailability and agreed to reset them for February 25 and 27, respectively, to accommodate Defense counsel's calendar;

WHEREAS, on February 23, 2026, two days before the first deposition, Defendant Simon Tankel, who was scheduled to testify as the Person Most Knowledgeable and in his individual

2.

capacity, became ill, necessitating the continuance of his deposition to March 12, 2026.

WHEREAS, also on February 23, 2026, Defendants' counsel represented it was available the first and second weeks of March for these two depositions referenced herein to proceed;

WHEREAS, on February 24, 2026, Plaintiff's counsel emailed Defendants' counsel, stating, in relevant part, that our office was "free on March 11-13…to re-notice and take the[] depositions," and that Plaintiff's counsel had "been trying to take these depositions for quite some time now;"

WHEREAS, on March 4, 2026, Plaintiff's counsel spoke telephonically with Mr. Sullivan, and Mr. Sullivan stated he would be available for one deposition to proceed on March 12, 2026, and that he would produce Heading Health Inc.'s Person Most Knowledgeable that day, and would produce Defendant Simon Tankel for deposition on April 7, 2026;

WHEREAS, also on March 4, 2026, the Parties agreed to request a short extension of the Fact Discovery Cutoff so that they may complete the remained of the planned depositions, including Plaintiff's deposition and the depositions of additional fact witnesses identified by Plaintiff.

WHEREAS, additionally during Plaintiff's counsel's call with Defense Counsel, Mr. Sullivan agreed to produce the last known contact information for: (1) Dr. Steve Levine; (2) Jeffrey Perry; (3) Wilder Ramsey; and (4) Justin Mateen;

NOW, THEREFORE, in view of the foregoing, the Parties hereby request that the Court adopt the within modified Case Management and Scheduling Order, as proposed below.

Dated: March 12, 2026

_/s/ Ivan Muñoz_____
JOSE MACIAS, JR.
IVAN MUÑOZ

**MACIAS LAW LLP**
Attorneys for Plaintiff
RICHARD GOOZH

Dated: March 12, 2026

_/s/ Donald Sullivan_____
DONALD P. SULLIVAN

**JACKSON LEWIS P.C.**
Attorneys for Defendants
HEADING HEALTH INC. AND SIMON
TANKEL

## SIGNATURE ATTESTATION

I hereby attest that I received permission from Donald P. Sullivan to affix his electronic signature to this document.

Dated: March 12, 2026

_____*/s/ Ivan Muñoz*_____
JOSE MACIAS, JR.
IVAN MUÑOZ

**MACIAS LAW LLP**

Attorneys for Plaintiff
RICHARD GOOZH

4.

**~~PROPOSED~~ REVISED CASE MANAGEMENT AND SCHEDULING ORDER**

1.  Defendant Heading Health Inc.'s Person Most Knowledgeable will sit for deposition on March 12, 2026, pursuant to Federal Rule of Civil Procedure 30(b)(6), and the deposition will continue at a future date mutually agreed to by the parties until completed.

2.  Defendant Simon Tankel will sit for deposition on April 7, 2026, and the deposition will continue at a future date mutually agreed to by the parties until completed.

3.  The current fact discovery deadline, which is currently set for April 27, 2026, be continued to July 27, 2026.

4.  The final day to hear dispositive motions, which is currently set for June 22, 2026, be continued to September 22, 2026.

5.  The expert disclosures deadline, which is currently set for June 29, 2026, be continued to September 29, 2026.

6.  The rebuttal of expert disclosures deadline, which is currently set for July 13, 2026, be continued to October 13, 2026.

7.  The expert discovery deadline, which is currently set for August 10, 2026, be continued to November 10, 2026.

**IT IS SO ORDERED.**

Dated: March 13, 2026

_____

Honorable Judge Charles R. Breyer
Senior District Judge of the United States
District Court for the Northern District of
California

5.