Conor Dale (SBN 274123)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: conor.dale@jacksonlewis.com

Attorneys for Defendants
HEADING HEALTH INC. and SIMON TANKEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GOOZH, an individual,

Plaintiff,

v.

HEADING HEALTH INC., a Delaware corporation; SIMON TANKEL, an individual; and DOES 1 through 10, inclusive

Defendants.

Case No. 3:23-CV-04655 (CRB)

**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO COMPLETE PRE-TRIAL DEADLINES**

Date: November 20, 2026
Time: 10:00 AM
Ctrm.: 6-17th Floor
Judge: Hon. Charles R. Breyer

Complaint Filed: September 11, 2023
Trial Date: Not Set

Conor Dale of Jackson Lewis P.C. ("Counsel") Motion to Withdraw ("Motion") came on regularly for hearing on November 20, 2026 at 10:00 AM in Courtroom 6 of the United States District Court located on the 17th Floor at 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Charles R. Breyer presiding.

Having considered the parties' papers on this motion to withdraw, the pleadings on file in this action, the oral argument of the parties' respective legal counsel, all such matters as are properly before it, the Court hereby orders as follows:

///

1. The deadline to complete fact discovery is continued to January 15, 2027.

2. The deadline for dispositive motions to be heard is continued to February 26, 2027.

**IT IS SO ORDERED.**

Dated: October 27, 2026

HONORABLE CHARLES R. BREYER
Senior District Judge of the United States District Court for the Northern District of California